UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY T. MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 09CR3644-BTM |
| Plaintiff, ) | |
| ) | **ORDER CONTINUING** |
| v. ) | **SENTENCING HEARING** |
| ) | |
| MELISSA MARTINEZ, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that defendant Melissa Martinez's sentencing hearing date be continued from February 5, 2010, at 9:00 a.m., to March 5, 2010, at 11:30 a.m..

**SO ORDERED**.

DATED: January 28, 2010

_____
Honorable Barry Ted Moskowitz
United States District Judge